ORIGINAL

____FILED ____ENTERED
____LODGED ____RECEIVED

SEP 0 4 2003  KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

Received From
SEATTLE
SEP 0 5 2003

THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDDIE BAUER, INC., a Delaware corporation,

Plaintiff,

vs.

THE BRUNTON COMPANY, a Wyoming corporation,

Defendant.

Case No. C03-2684

VERIFIED COMPLAINT

## INTRODUCTION

1. Plaintiff Eddie Bauer, Inc. (hereinafter, "Eddie Bauer") develops, markets and licenses various sporting goods accessories. Defendant The Brunton Company develops and manufactures certain sporting goods accessories. Brunton willfully and knowingly breached and violated a licensing agreement it entered into with Eddie Bauer, in which Eddie Bauer agreed to allow Brunton to use the words "Eddie Bauer" on certain sporting goods accessories that were to be developed, designed and marketed by Brunton for distribution in the United States.

03-CV-02684-CMP

VERIFIED COMPLAINT - 1

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

## PARTIES

2.  Plaintiff Eddie Bauer, Inc. is a Delaware corporation with its principal place of business at 15010 N.E. 36th Street, Redmond, Washington. Eddie Bauer is the developer and distributor of certain sporting goods accessories, clothing and other goods.

3.  Defendant The Brunton Company is a Wyoming corporation with its world headquarters and principle place of business in Riverton, Wyoming.

## JURISDICTION

4.  This Court has jurisdiction over this case under 28 U.S.C. §§ 1332 in that there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

## FACTS

5.  Eddie Bauer develops, markets and licenses certain sporting goods accessories, clothing and other fashion and merchandise items. Eddie Bauer also is a leading international retail brand, offering casual lifestyle products for adults through its retailing concepts. Eddie Bauer products are for men and women who seek versatile, classically styled, high-quality merchandise designed to meet the wide range of their apparel and home furnishing needs. Since 1920, Eddie Bauer has evolved from a single store in Seattle to a tri-channel, company with more than 590 stores worldwide, 110 million catalogs and online websites.

6.  In October of 2002, Eddie Bauer and Brunton entered into a License Agreement (Attached hereto as Exhibit A) in which Eddie Bauer granted to Brunton the right to use the name "Eddie Bauer" on certain sporting goods accessories, which were to be designed and marketed by Brunton for distribution in the United States.

7.  Upon execution of the agreement, Brunton was obligated to pay Eddie Bauer a guaranteed minimum royalty of $150,000.00 over the course of the term of the

VERIFIED COMPLAINT - 2

agreement. The $150,000 was payable in installments, and specifically $25,000 on execution of the agreement.

8. To date, no royalty payment has been made, and Brunton has advised Eddie Bauer that it does not intend to make the first payment, or any other payments as set forth in and required by the contract.

9. The minimum royalty payment of $150,000 was deemed earned at the execution of the agreement on October 29, 2002.

10. The failure by Brunton to pay the first installment of the guaranteed minimum royalty constitutes a material breach of the Agreement. Likewise, the failure of Brunton to pay the $150,000 earned royalty constitutes a material breach of the agreement.

11. As a result of the breach of the licensing agreement by Brunton, Eddie Bauer has suffered and continues to suffer immediate and irreparable harm.

## COUNT I

(Breach of Licensing Agreement against Brunton)

12. Eddie Bauer repeats, realleges and incorporates by reference herein the allegations set forth in paragraphs 1-11 above.

13. By failing to pay the first installment of the guaranteed minimum royalty, and advising Eddie Bauer that it will not pay any part of the nonrefundable guaranteed minimum royalty of $150,000, Brunton breached the express terms of the licensing agreement.

14. As a result, Eddie Bauer has suffered and continues to suffer damages and irreparable injury.

**WHEREFORE**, Plaintiff respectfully request that this Court:

A. Enter judgment in favor of Plaintiff on Count I in an amount to be determined at trial.

B. Impose penalties for willful violation of the licensing and contract laws.

C. Order such further relief as the Court deems just and proper.

PLAINTIFFS HEREBY REQUEST A JURY ON ALL ISSUES SO TRIABLE.

DATED this 4th day of September, 2003.

HOLMES WEDDLE & BARCOTT

Stephen C. Smith, WSBA #15414
Attorneys for Eddie Bauer, Inc.

G:\4337.18188\Pldg\Verified Complaint - Eddie Bauer.doc

## VERIFICATION

Donald Perinchief hereby states:

1. I am a Divisional Vice President for Eddie Bauer, Inc.

2. I have read the foregoing verified complaint, which I declare to be true and correct to the best of my knowledge, information and belief.

SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE STATE OF ILLINOIS AND THE UNITED STATES.

EXECUTED ON August 28, 03 AT REDMOND, WASHINGTON.

_____
Donald Perinchief

VERIFIED COMPLAINT - 5
Case No. [CaseNumber]

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008